Dismissed and Memorandum Opinion filed September 27, 2007








Dismissed
and Memorandum Opinion filed September 27, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00275-CV

____________

 

BP PIPELINES (NORTH AMERICA), INC.,
and SUNLAND CONSTRUCTION, Appellants

 

V.

 

PORTOFINO MARINA INVESTMENTS, a California Limited
Partnerhip, NICHOLAS LIMER, PORTOFINO HARBOUR DOCKOMINIUMS, OWNERS= ASSOCIATION, INC., GINNY ANDERSON, DON ANDERSON,
EDWIN NIEDERHOFER, and JANET NIEDERHOFER, Appellees

 



 

On Appeal from the
122nd District Court

Galveston County,
Texas

Trial Court Cause
No. 05CV0195

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 1, 2007.  On September 17, 2007, the
parties filed an agreed motion to dismiss the appeal because all issues have
been settled.  See Tex. R. App.
P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

 








PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
September 27, 2007.

Panel consists of Justices Yates, Fowler, and Guzman.